IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERNESTOR ENCHAUTEGUI,

    Plaintiff,

vs.                                      CASE NO. 5:06cv32/RS-AK

VANESSA L. RHYNES, et al,

    Defendants.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 35). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendants' Motion for Summary Judgment (Doc. 22) is granted.

3. This case is dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2).

4. The clerk is directed to close the file.

ORDERED on September 25, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**